AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| JBrick, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-02883-DG-RLM |
| Chazak Kinder, Inc. Chazak Distribution Inc., Yaacov | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chazak Kinder, Inc. Chazak Distribution Inc., Yaacov Schwartz   .

Date:   11/22/2021

/s Christopher W Niro
*Attorney's signature*

Christopher W Niro
*Printed name and bar number*

Aronberg Goldgehn
330 N. Wabash Ave., Suite 1700
Chicago, IL 60611-3586

*Address*

cniro@agdglaw.com
*E-mail address*

(312) 755-3161
*Telephone number*

(312) 222-6381
*FAX number*