

Michael R. Friedman
Tel 212.801.6566
friedmanm@gtlaw.com

November 29, 2021

**VIA ECF**

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *JBrick, LLC v. Chazak Kinder Inc., Chazak Distribution, Inc., Toys 2 Discover, Inc., and Yaacov Schwartz*, No. 1:21-cv-02883-DG-RLM

Dear Magistrate Judge Mann:

Pursuant to Your Honor's Individual Practice Rules, the parties in the above-referenced action submit this joint motion requesting the November 30, 2021 deadline to complete the mediation be stricken, as the parties' mediation and settlement efforts have failed to resolve the dispute underlying this lawsuit. The parties expect to resume litigation for the present action, and request that the proceeding resume.

On August 10, 2021, following the Initial Conference Hearing, the Court referred the proceeding to court-annexed mediation, to be completed by September 30, 2021. (Dkt. No. 26). Following the Court's extension of the mediation deadline to November 30, 2021 (Dkt. No. 28), the parties selected the Honorable Sidney Schenkier to act as mediator in this case, with a mediation scheduled for November 19, 2021.

The prospect of the mediation pushed the parties to exchange information and discuss a possible negotiated resolution in this matter prior to the scheduled mediation date. However, following numerous discussions and exchanges of proposals, the parties now confirm that they have reached an impasse. Moreover, based on those discussions, the parties now believe that any further mediation of this dispute at the present time would be unlikely to yield a different result. Therefore, the parties agreed not to proceed with the scheduled mediation, because the costs of doing so appeared to outweigh the likely benefit. Accordingly, the mediation session that had been scheduled for November 19 did not go forward, and the parties hereby propose the following schedule to proceed with litigating this case:

**Greenberg Traurig, LLP | Attorneys at Law**
77 West Wacker Drive  |  Suite 3100  |  Chicago, Illinois 60601  |  T +1 312.456.8400  |  F +1 312.456.8435

Albany. Amsterdam. Atlanta. Austin. Berlin. Boca Raton. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. Nashville. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ¨Greenberg Traurig Germany, LLP; *A separate UK registered legal entity; ⁺Greenberg Traurig, S.C.; ªGreenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ^A branch of Greenberg Traurig, P.A., Florida, USA; ºGT Tokyo Horitsu Jimusho; ˜Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com

Magistrate Judge Roanne L. Mann
November 29, 2021
Page 2

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Amendment of Pleadings and Addition of New Parties | November 10, 2021 | March 4, 2022 |
| Close of Fact Discovery | February 4, 2022 | May 27, 2022 |
| Close of Expert Discovery | N/A | August 19, 2022 |
| Dispositive Motion | N/A | September 30, 2022 |

   The parties submit that in view of the above, good cause exists to remove the deadline to complete the mediation, and respectfully request the proceeding be resumed, with the case deadlines being reset as outlined above.

                      Respectfully submitted,

Dated:  November 29, 2021

Magistrate Judge Roanne L. Mann
November 29, 2021
Page 3

/Christopher W. Niro/
Christopher W. Niro
*Admitted Pro Hac Vice*
Maryam H. Arfeen
*Admitted Pro Hac Vice*

ARONBERG GOLDGEHN DAVIS & GARMISA
330 N. Wabash Ave., Suite 1700
Chicago, IL 60611
(p) 312.828.9600
(f) 312.828.9635
cniro@agdglaw.com
marfeen@agdglaw.com

Alex G. Patchen
LISTON ABRAMSON LLP
The Chrysler Building
405 Lexington Ave, 46th Floor
New York, NY 10174
docket@listonabramson.com

*Attorneys for Defendants/Counterclaim Plaintiffs* Chazak Kinder Inc., Chazak Distribution, Inc., Toys 2 Discover, Inc., and Yaacov Schwartz

/Michael R. Friedman/
Barry R. Horwitz
*Admitted Pro Hac Vice*
Michael R. Friedman
*Admitted Pro Hac Vice*
Katherine M. Cronin
*Pro Hac Vice* Admission to be sought

Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
horwitzb@gtlaw.com
friedmanm@gtlaw.com
cronink@gtlaw.com

Elana B. Araj
Greenberg Traurig, LLP
200 Park Ave
New York, NY 10166
araje@gtlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant* JBRICK, LLC

Magistrate Judge Roanne L. Mann
November 29, 2021
Page 4

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF on November 29, 2021.

*/s Michael R. Friedman*