

Barry Horwitz
Tel 312.456.1037
horwitzb@gtlaw.com

December 13, 2021

**VIA ECF**

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *JBrick, LLC v. Chazak Kinder Inc., Chazak Distribution, Inc., Toys 2 Discover, Inc., and Yaacov Schwartz*, No. 1:21-cv-02883-DG-RLM

Dear Magistrate Judge Mann:

We represent Plaintiff JBrick, LLC ("JBrick") in the above-referenced matter. Pursuant to Your Honor's Individual Practice Rules, JBrick, respectfully requests a pre-motion conference seeking permission to file a motion to amend the complaint to add a new Defendant and to extend the remaining case deadlines.[1]

JBrick seeks permission to move to amend the complaint because JBrick recently discovered evidence supporting claims against an additional party, Marav USA, LLC D/B/A Bingo Wholesale ("Bingo"). Bingo sells and continues to sell the infringing Holy Temple building set ("Infringing Product") described in the original Complaint (which was purchased from the current Defendants), despite receiving a letter from JBrick advising Bingo of JBrick's rights and demanding that it cease all sales. JBrick's proposed amendment to add Bingo is not sought for purposes of delay and would serve both the interests of judicial economy and justice. In addition, JBrick's proposed amendment to add Bingo as a Defendant will not cause any prejudice. Indeed, Defendants do not oppose such amendment.

Additionally, in view of the recently discovered evidence and proposed amended complaint, JBrick requests that the court extend the remaining case deadlines by ten weeks. Plaintiff does not take the Court's admonishment of November 30, 2021 lightly. JBrick notes that

---

[1] The parties met and conferred and JBrick advised Defendants that it would be seeking to file this motion to add a new defendant and to extend the remaining case deadlines. Defendants advised that they do not oppose adding the new defendant, Bingo and jointly request the extension of the remaining case deadlines.

**Greenberg Traurig, LLP | Attorneys at Law**
77 West Wacker Drive | Suite 3100 | Chicago, Illinois 60601 | T +1 312.456.8400 | F +1 312.456.8435

Albany. Amsterdam. Atlanta. Austin. Berlin. Boca Raton. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. Nashville. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ˜Greenberg Traurig Germany, LLP; ^A separate UK registered legal entity; ⁺Greenberg Traurig, S.C.; ªGreenberg Traurig Santa Maria; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ^A branch of Greenberg Traurig, P.A., Florida, USA; ᴮGT Tokyo Horitsu Jimusho; ˜Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com

Magistrate Judge Roanne L. Mann
December 13, 2021
Page 2

the parties made their best efforts to work together in anticipation of mediation. During the parties' attempt to resolve this dispute, JBrick discovered that Defendants appeared to have offloaded all of their remaining inventory of the Infringing Product to Bingo. In view of this and other financial considerations the parties reached an impasse. Plaintiff has since continued to engage in discovery and shares the Court's desire that the parties conduct and complete discovery expeditiously. Accordingly, a ten-week extension of time, which is less than the sixteen-week extension of time previously requested, will provide sufficient time for JBrick to complete fact discovery of both the current Defendants and Bingo.

The parties accordingly submit that in view of the above, good cause exists to grant JBrick's permission to file its aforementioned motion to amend the complaint to add a new Defendant and to extend the remaining case deadlines.

Respectfully submitted,

Dated:  December 13, 2021

/Barry R. Horwitz/
Barry R. Horwitz
*Admitted Pro Hac Vice*
Michael R. Friedman
*Admitted Pro Hac Vice*
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
horwitzb@gtlaw.com
friedmanm@gtlaw.com
cronink@gtlaw.com

Elana B. Araj
Greenberg Traurig, LLP
One Vanderbilt Ave
New York, NY 10017
araje@gtlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant* JBRICK, LLC