

Barry Horwitz
Tel 312.456.1037
horwitzb@gtlaw.com

February 2, 2023

**VIA ECF**

The Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11021

Re: *JBrick, LLC v. Chazak Kinder Inc., et al.*, No. 1:21-cv-02883-HG-CLP

Dear Judge Gonzalez:

Pursuant to Your Honor's Individual Rules, Plaintiff JBrick, LLC submits this letter respectfully requesting an extension of time to file its Reply to the Motion for Summary Judgment (Dkt. 81) from February 3, 2023 to February 17, 2023. Plaintiff's counsel met and conferred with Defendants' counsel on February 2, 2023, and Defendants consent to this request.

Plaintiff submits that good cause exists for the requested extension as Plaintiff's lead counsel had an unexpected death in the family. Accordingly, Plaintiff respectfully requests that the Court grant Plaintiff's request for an extension of time for Plaintiff to file its Reply to the Motion for Summary Judgment.

Respectfully submitted,

*/Barry Horwitz/*
Barry R. Horwitz
*Admitted Pro Hac Vice*
Maja Sherman
*Admitted Pro Hac Vice*
Jacqueline Brousseau
*Proc Hac Vice Application Pending*
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
horwitzb@gtlaw.com
shermanm@gtlaw.com

Elana B. Araj
Greenberg Traurig, LLP

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com

Judge Hector Gonzalez
February 2, 2023
Page 2

One Vanderbilt Avenue
New York, NY 10017
elana.araj@gtlaw.com

*Attorneys for Plaintiff/Counterclaim Defendant* JBRICK, LLC

cc.     Counsel of Record (via ECF)